```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 24175
    JAMES WOODWORTH
    CYNTHIA WOODWORTH                             CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-7565     SSN XXX-XX-0116


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/22/07 .

     2.  The case was dismissed without confirmation, 03/14/2008.

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
FIFTH THIRD BANK           CURRENT MORTG          .00           .00           .00
FIFTH THIRD BANK           MORTGAGE ARRE  NOT FILED             .00           .00
US BANK NATIONAL ASSOC     SECURED               .00           .00           .00
US BANK NATIONAL ASSOC     MORTGAGE ARRE  NOT FILED             .00           .00
CROSSWINDS AT MISSION OA   SECURED               .00           .00           .00
CROSSWINDS AT MISSION OA   SECURED         NOT FILED             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED             .00           .00
AMERICAN GENERAL           UNSECURED       NOT FILED             .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00           .00
GEMB                       UNSECURED       NOT FILED             .00           .00
HSBC                       UNSECURED       NOT FILED             .00           .00
HSBC                       UNSECURED       NOT FILED             .00           .00
NELNET LOAN SRVS INC       UNSECURED       NOT FILED             .00           .00
NELNET LOAN SRVS INC       UNSECURED       NOT FILED             .00           .00
WELLS FARGO FINANCIAL BA   UNSECURED       NOT FILED             .00           .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00           .00           .00
PRINCIPAL PAID         .00          .00          .00           .00           .00
INTEREST PAID          .00          .00          .00           .00           .00
TOTAL PAID             .00          .00          .00           .00           .00
```

The Debtor's attorney, JOHN J LYNCH                , was allowed $    3500.00
and was paid $    726.00  direct and $      .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 06/26/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```